Robert L. Richmond (7011069)
Marc G. Wilhelm (8406054)
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: brichmond@richmondquinn.com
E-mail: mwilhelm@richmondquinn.com
Attorneys for Defendant

RECEIVED
NOV 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AGNES OKITKUN, for and on behalf of the ESTATE of DANIEL ODINZOFF, <br><br> Plaintiff, <br><br> v. <br><br> GRANT AVIATION, INC., <br><br> Defendant. | Case No. 4:06-cv-00040 <br> RRB <br><br> **NOTICE OF REMOVAL** <br> **FROM STATE COURT** |

TO:      The United States District Court
         For The District of Alaska

AND TO:  Jim Valcarce
         Cooke, Roosa & Valcarce, LLC
         900 Third Avenue
         P.O. Box 409
         Bethel, Alaska 99559

COMES NOW defendant, Grant Aviation, Inc., and

hereby gives notice that pursuant to 28 U.S.C. §§ 1331, 1441

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

and 1446, it has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: Agnes Okitkun, for and on behalf of the Estate of Daniel Odinzoff v. Grant Aviation, Inc., filed in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel, Case No. 4BE-06-387 CI. You are also notified that defendant has filed a copy of this Notice of Removal with the Clerk of the Superior Court for the Fourth Judicial District at Bethel, Case No. 4BE-06-387 CI, and that this action is thereby removed from the Superior Court to the United States District Court. See Exhibit A hereto ("Notice of Removal to United States District Court" without attachments).

The grounds for removal are as follows: federal question. 28 U.S.C. §§ 1331 and 1441. Plaintiff's complaint alleges that Grant Aviation, Inc., failed to provide service to Daniel Odzinoff by failing to transport Daniel Odzinoff, from Kotlik, Alaska to Bethel, Alaska. Plaintiff's claim is governed by 49 U.S.C. §§ 41713(b)(1) and 44902(b). Plaintiff's complaint presents a federal claim that has been

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE OF REMOVAL FROM STATE COURT**

OKITKUN, ESTATE OF ODINZOFF v. GRANT AVIATION, Case No. 4:06-cv_____
PAGE 2 OF 6

artfully pleaded as a state court claim. In addition, this court has jurisdiction under the complete preemption doctrine.

Ordinarily, statutory federal question jurisdiction extends to cases in which a federal question appears on the face of a well-pleaded complaint. Republican Party of Guam v. Gutierrez, 277 F.3d 1086, 1089 (9th Cir. 2002). An exception to this rule exists where a complaint is "artfully pleaded" to avoid explicit reference to what is actually a federal claim. Rains v. Criterion Sys. Inc., 80 F.3d 339, 344 (9th Cir. 1996). Even where a claim has not been artfully pleaded, cases are removable and an independent corollary to the well-pleaded complaint rule known as the "complete preemption" doctrine. Rains, 80 F.3d at 344. "Once an area of state law has been completely pre-empted, any claim purportedly based on that pre-empted state law is considered, from its inception, a federal claim, and therefore arises under federal law." Rains, 80 F.3d at 344-45 (citations omitted).

Here, plaintiff's right to relief is governed by a provision of the Federal Aviation Act that states:

> Preemption — (1) Except as provided in this subsection, a State, political subdivision of a State, or political authority of at least 2 States may not enact or enforce a law, regulation, or other

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

provision having the force and effect of law related to a price, route, or service of an air carrier that may provide air transportation under this subpart.

49 U.S.C. § 41713 (b)(1). Defendant Grant Aviation Inc.'s alleged decision not to board Daniel Odinzoff because he appeared to be inebriated involved a service concerning the "point-to-point transportation" of a passenger. Accordingly, plaintiff's claim is governed exclusively by, and arises under, federal law.

Plaintiff's complaint that Grant Aviation, Inc. refused to seat Daniel Odinzoff because he appeared inebriated is also governed by 49 U.S.C. § 44902(b) which provides: "Permissive refusal - Subject to regulations of the under Secretary, an air carrier, intrastate air carrier, or foreign air carrier may refuse to transport a passenger or property the carrier decides is, or might be, inimical to safety." Id.

This motion is timely filed as suit was filed by plaintiff in Alaska Superior Court, Fourth Judicial District at Bethel, on or about November 3, 2006, and was served on defendant Grant Aviation, Inc., on or after November 3, 2006.

Based on the above, this court has both original and removal jurisdiction over this action and defendant is

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL FROM STATE COURT

entitled to remove this action from the Superior Court for the

State of Alaska.

DATED this ___29th___ day of November, 2006, at

Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: _____

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501
Telephone:  (907) 276-5727
Facsimile:  (907) 276-2953
E-mail: mwilhelm@richmondquinn.com
Alaska Bar No. 8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE OF REMOVAL FROM STATE COURT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ___29th___ day of November, 2006 on:

Jim Valcarce
COOKE, ROOSA & VALCARCE
900 Third Avenue
P.O. Box 409
Bethel, Alaska 99559

*Charlene Epary*
RICHMOND & QUINN

2260\002\GEN\NOTICE OF REMOVAL FROM STATE COURT (USDC) A

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953