IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

AGNES OKITKUN, for and on )
behalf of the ESTATE of DANIEL )
ODINZOFF, )
)
    Plaintiff, )
)
    v. )
)
GRANT AVIATION, INC., )
)
    Defendant. ) Case No. 4BE-06-387 CI
)

### NOTICE OF REMOVAL TO
### UNITED STATES DISTRICT COURT

TO:    Clerk of Court
        Alaska Court System
        Fourth Judicial District at Bethel

AND TO:  Jim Valcarce
        Cooke, Roosa & Valcarce, LLC
        900 Third Avenue
        P.O. Box 409
        Bethel, Alaska 99559

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting removal for all purposes of the above-captioned action, Case No. 4BE-06-387 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Fourth

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit  _A_

Page _1_ of _2_ Pages

Judicial District at Bethel, which was filed by the defendant, Grant Aviation, Inc., on November 3, 2006.

DATED this   28th   day of November, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: _____
Robert L. Richmond
Alaska Bar No. 7011069

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ~~28th~~ 29th day of November, 2006 on:

Jim Valcarce
COOKE, ROOSA & VALCARCE
900 Third Avenue
P.O. Box 409
Bethel, Alaska 99559

_____
RICHMOND & QUINN

2260\002\PLD\NOTICE - REMOVAL TO USDC (SUPERIOR CT.DOC)

Exhibit _____A_____
Page __2__ of __2__ Pages

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953