IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

AGNES OKITKUN, for and on behalf of  )
the ESTATE of DANIEL ODINZOFF,       )
                                     )
                    Plaintiff,       )
vs.                                  )   Case No.: 4BE-06-387 CI
                                     )
GRANT AVIATION, INC.                 )
                                     )
                    Defendant.       )
_____)

### COMPLAINT FOR DAMAGES

AGNES OKITKUN, for and on behalf of the ESTATE of DANIEL ODINZOFF, through her attorney Jim J. Valcarce and Heather Sia of the law firm of COOKE, ROOSA & VALCARCE LLC, for the plaintiff's action against the defendant allege as follows:

1. AGNES OKITKUN is the named personal representative of the Estate of DANIEL ODINZOFF, deceased, who died on or about May 26, 2006, in Emmonak, Alaska. AGNES OKITKUN was appointed as Personal Representative by the Superior Court in Bethel, Alaska, in probate case number 4BE-06-144 ES on October 11, 2006.

2. Plaintiff at all times relevant to the facts of this complaint was a resident of Kotlik, Fourth Judicial District, State of Alaska.

3. Defendant GRANT AVIATION, INC. is an Alaska corporation located in Bethel, Fourth Judicial District, State of Alaska. Defendant's registered agent is R. Bruce McGlasson of P.O. Box 92200, Anchorage, Alaska 99509.

4. Defendant GRANT AVIATION, INC. is a commercial carrier certified by the state and federal government as a scheduled airline and regulated by the Federal Aviation Administration

5. That at all times relevant to this complaint, defendant GRANT AVIATION, INC.

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Exhibit  A
Page  1  of  5  Pages

was in the business of providing transportation to people living in villages throughout the Yukon-Kuskokwim Delta. Defendant GRANT AVIATION, INC. was often chartered to transport people from villages throughout the Yukon Kuskokwim Delta to Bethel, so they could receive medical care at the regional hospital.

6. Defendant GRANT AVIATION, INC. through its agents, employees, and servants knew or should have known that there is only one hospital in the Yukon-Kuskokwim Delta that serves people living in the surrounding villages, and that hospital is located in Bethel, Alaska.

7. The events that are the subject of this action occurred in Kotlik, Fourth Judicial District, State of Alaska.

8. On or about May 26, 2006, DANIEL ODINZOFF (hereinafter referred to as decedent) needed emergency medical care. Defendant GRANT AVIATION, INC. was chartered to transport the decedent to the regional hospital in Bethel for medical care. Defendant GRANT AVIATION, INC. confirmed that the decedent would be transported on the 1:00 p.m. plane on May 26, 2006.

10. On information and belief, on or about May 26, 2006, GRANT AVIATION, INC.'s local agent picked up the decedent and transported him to the airstrip in Kotlik shortly before the defendant's plane arrived. The local agent knew or should have known that the decedent was being transported for medical reasons.

11. When the plane arrived in Kotlik around 1:00 p.m., the local agent approached the defendant's pilot and told him that the decedent may be intoxicated, which was not true. Without further investigation, the pilot refused to fly the decedent to the hospital and flew off, leaving the decedent behind at the airstrip.

12. The decedent was transported back to the village where he died four hours later.

COOKE ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Complaint                               Exhibit  A                Page 2 of 5
                                        Page  2  of  5  Pages

13. On June 2, 2006, Chief Medical Examiner for the State of Alaska, Franc Fallico, M.D., reported that the decedent died from complications of bacterial meningitis. Dr. Fallico also reported that the screens for ethyl alcohol and drugs were negative.

14. GRANT AVIATION, INC. through its agents, employees, and servants was negligent through its acts and omissions, including but not limited to, the failure to provide timely and safe transportation; undue refusal to provide services; failure to reasonably investigate and account; failure to provide proper training, education, and supervision; failure to act; and otherwise failing to exercise due care and caution.

15. Plaintiffs hereby incorporate by reference the preceding paragraphs of the complaint and further states that GRANT AVIATION, INC. is liable for the negligent acts and omissions of its agents, servants, and employees, who at the time of the events alleged, were working for and employed by the defendant, under the theory of agency and/or respondeat superior.

16. GRANT AVIATION, INC.'s conduct was reckless and/or outrageous with such indifference for human life that punitive damages should be awarded.

## FIRST CLAIM FOR RELIEF

17. Plaintiff realleges and incorporates herein, as though they were set out in full, all allegations of the preceding paragraphs of this *Complaint*.

18. As a direct and proximate result of the defendant's negligence, DANIEL ODINZOFF experienced physical injury, pain and suffering, severe emotional distress, mental anguish and other injury, harm, and loss prior to her death all to her damage in an amount in excess of $100,000.00, the exact amount to be proven at trial. As provided by A.S. 09.55.570,

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Complaint

Exhibit A
Page 3 of 5 Pages

Page 3 of 5

this claim survives the death of DANIEL ODINZOFF and may be maintained by his Personal Representative.

### SECOND CLAIM FOR RELIEF

19. Plaintiff realleges and incorporates herein, as though they were set out in full, all allegations of the preceding paragraphs of this *Complaint*.

20. As a direct and proximate result of the defendant's negligence, the Estate of DANIEL ODINZOFF has incurred damage and loss recoverable under Alaska's Wrongful Death Statute, A.S. 09.55.580, as the natural and proximate consequence of the negligent and wrongful acts or omissions of defendant in an amount in excess of $100,000.00, the exact amount of which is to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against defendant GRANT AVIATION, INC. as follows:

1. On the First Claim for Relief, an award of damages for personal injury prior to death in an amount in excess of $100,000.00;

2. On the Second Claim for Relief, an award of damages for wrongful death in an amount in excess of $100,000.00;

3. An award of punitive damages;

4. For interest, costs and attorney's fees; and

5. For such other and further relief as the Court deems just and proper.

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Complaint     Exhibit A     Page 4 of 5 Pages     Page 4 of 5

DATED This ___3___ of November 2006 at Bethel, Alaska.

COOKE, ROOSA & VALCARCE LLC
Attorneys for Plaintiff

_____ ABA 050508
Jim Valcarce
ABA 9505011

_____
Heather Sia
ABA 0505036

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Complaint

Exhibit ___A___
Page ___5___ of ___5___ Pages

Page 5 of 5